# CONTINUATION IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Zachary Smith, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I make this Continuation in support of an application for a criminal complaint against ANTHONY JERMAINE WILLIAMS for arson within special territorial jurisdiction, in violation of 18 U.S.C. § 81 (the "Subject Offense") under the General Crimes Act, 18 U.S.C. § 1152.

2. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been employed by the FBI since October 2023. I am currently assigned to the Detroit Field Office, Saint Joseph Resident Agency. During my employment with the FBI, I have conducted investigations involving violations of federal criminal laws, including violations related to crimes committed within Indian country. I am familiar with the various statutes of Title 18, United States Code, Chapter 53 – Indians, including violations pertaining to the General Crimes Act (18 U.S.C. § 1152).

3. The facts and statements contained in this Continuation are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Because this Continuation is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause to believe that ANTHONY JERMAINE WILLIAMS committed the

Subject Offense.

**FACTS SUPPORTING PROBABLE CAUSE**

4. On August 13, 2026, at or around 4:04 A.M., a Pokagon Tribal Police Department (PTPD) officer responded to the area of 27043 Potawatomi Trail, Dowagiac, Michigan in response to a 911 text alert. While investigating the area, dispatch advised the PTPD officer that Haas Alarms reported a fire alarm at a nearby housing storage building located at 57781 Dailey Road, Dowagiac, Michigan. Before the PTPD officer could check the alarm, a black male ran up to the PTPD officer and stated that he was being chased. The officer identified this man as ANTHONY J. WILLIAMS based on medical paperwork that he was carrying in that name. WILLIAMS was also in possession of a state of Louisiana identification card that identified him as ANTHONY JERMAINE WILLIAMS.

5. While the officer was questioning WILLIAMS, a passerby notified the PTPD officer of smoke coming from the housing storage building. The PTPD officer observed smoke and flames coming from the northwest corner of the housing storage building and requested assistance from the fire department.

6. WILLIAMS was sweating profusely and appeared to be either under the influence of drugs or experiencing a medical issue. EMS arrived on scene and transported WILLIAMS to Lee Memorial Hospital for further evaluation. The PTPD officer performed a pat-down search of WILLIAMS to ensure the safety of medical staff prior to transport and located a yellow Bic lighter in WILLIAMS's front right

pocket.

7. Video surveillance footage from inside the housing storage building showed WILLIAMS forcibly enter the building at approximately 4:01 A.M. At approximately 4:04 A.M., WILLIAMS forced entry into an interior office by kicking down the door. WILLIAMS went into the office and shut the door behind him. WILLIAMS then emerged from the office holding what appeared to be a cardboard box that was on fire and an office trash can. WILLIAMS then placed both items in front of an exterior door near the northwest corner of the building. WILLIAMS then appeared to place other items from the building on top of the fire. He poured unknown substances from bottles found in the building onto the area of the fire. WILLIAMS left the building at approximately 4:13 A.M with the fire still burning. Nobody else was seen entering, exiting, or inside of the building during this time.

8. A Michigan State Police Fire Investigator responded to the scene and determined that the origin of the fire was within the structure, near the northwest service door. The cause of the fire was incendiary.

9. The building where the arson occurred was located at 57781 Dailey Road, Dowagiac, Michigan and is held by the United States in trust for the Pokagon Band of Potawatomi Indians. The building suffered significant damage and preliminary estimates the damage at approximately $200,000.

10. WILLIAMS is not a member of a federally recognized Native American tribe.

## CONCLUSION

11. Based upon the above information, I respectfully submit there is probable cause to believe that ANTHONY JERMAINE WILLIAMS committed the Subject Offense.

12. Wherefore, by this Continuation and Application, I respectfully request that the Court issue a warrant authorizing the arrest of ANTHONY JERMAINE WILLIAMS.